| No | IP Address | P2PClient | HitDateUTC | Filehash | ISP | city |
|---|---|---|---|---|---|---|
| 1 | 68.116.115.113 | Vuze 4.7.2 | 11/19/12 12:59:50 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 2 | 76.14.196.105 | µTorrent 3. | 11/19/12 01:35:57 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Wave Broadband | Silverton |
| 3 | 67.171.192.11 | µTorrent 3. | 11/19/12 11:09:08 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 4 | 71.48.183.191 | µTorrent 3. | 11/20/12 03:03:50 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Embarq Corporat | Grand Ronde |
| 5 | 98.232.148.3 | Vuze 4.5.0 | 11/20/12 03:49:17 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 6 | 76.115.148.43 | Vuze 4.8.0 | 11/20/12 10:48:42 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 7 | 71.193.128.17 | BitTorrent 1 | 11/21/12 06:07:17 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 8 | 67.189.43.253 | µTorrent 3. | 11/22/12 05:21:20 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 9 | 75.170.15.118 | µTorrent 3. | 11/22/12 10:53:17 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Eugene |
| 10 | 68.118.168.103 | µTorrent 3. | 11/23/12 09:19:33 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 11 | 24.20.133.157 | Vuze 4.8.0 | 11/24/12 06:25:32 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Albany |
| 12 | 71.237.148.183 | Transmissi | 11/25/12 05:18:26 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 13 | 24.20.14.56 | Vuze 4.8.0 | 11/25/12 01:39:18 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 14 | 63.155.182.4 | µTorrent 3. | 11/26/12 12:33:32 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Roseburg |
| 15 | 71.215.177.12 | µTorrent 3. | 11/26/12 08:00:31 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Albany |
| 16 | 24.20.232.192 | Vuze 4.8.0 | 11/27/12 06:31:21 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 17 | 71.221.65.63 | µTorrent 3. | 11/27/12 08:03:55 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Eugene |
| 18 | 24.20.205.121 | µTorrent 3. | 11/27/12 08:38:23 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 19 | 50.137.48.190 | Vuze 4.5.0 | 11/28/12 09:12:04 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 20 | 68.118.166.14 | µTorrent 3. | 11/30/12 08:08:36 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 21 | 71.59.235.122 | µTorrent M | 11/30/12 06:58:26 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 22 | 24.20.244.137 | BitTorrent 1 | 11/30/12 02:56:03 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 23 | 71.193.128.17 | BitTorrent 1 | 12/1/12 02:15:18 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 24 | 74.60.109.75 | µTorrent 3. | 12/1/12 01:13:07 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Clearwire Corpor | Myrtle Creek |
| 25 | 71.237.219.37 | Vuze 4.8.0 | 12/1/12 12:34:45 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 26 | 68.113.26.86 | µTorrent 3. | 12/2/12 02:10:18 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 27 | 50.38.31.100 | µTorrent 3. | 12/2/12 04:19:57 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Frontier Commun | Coos Bay |
| 28 | 63.155.147.109 | µTorrent 3. | 12/2/12 01:52:19 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Eugene |
| 29 | 72.160.82.32 | µTorrent 3. | 12/3/12 05:56:25 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | CenturyTel Intern | Lebanon |
| 30 | 173.12.162.206 | µTorrent 3. | 12/4/12 10:00:25 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Busines | Eugene |
| 31 | 67.204.165.185 | BitTorrent 1 | 12/6/12 03:04:24 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Bend Cable Com | Bend |
| 32 | 75.142.149.112 | µTorrent 3. | 12/7/12 01:58:08 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 33 | 72.0.186.105 | Vuze 4.8.0 | 12/7/12 07:21:31 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Bend Cable Com | Bend |
| 34 | 67.219.230.182 | Vuze 4.5.0 | 12/8/12 02:15:07 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comspan Bando | Bandon |
| 35 | 67.168.242.72 | µTorrent 3. | 12/8/12 04:03:15 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 36 | 98.246.97.22 | BitTorrent 1 | 12/11/12 04:14:32 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |

Exhibit 1                    Elf-Man - Eugene                    Page 1 of 2

| # | IP | Client | Date/Time | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 37 | 67.43.68.28 | µTorrent 3. | 12/11/12 03:12:58 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Willamette Valley | Stayton |
| 38 | 24.22.70.155 | µTorrent 3. | 12/12/12 05:27:07 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 39 | 63.155.128.190 | µTorrent 3. | 12/14/12 07:25:31 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Eugene |
| 40 | 98.232.200.22 | µTorrent 3. | 12/16/12 04:08:12 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Corvallis |
| 41 | 76.105.217.133 | µTorrent 3. | 12/16/12 01:07:56 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 42 | 71.32.241.207 | BitTorrent 1 | 12/17/12 06:56:10 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Salem |
| 43 | 66.220.109.129 | Vuze 4.8.0 | 12/18/12 12:05:30 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Bend Cable Com | Redmond |
| 44 | 71.193.174.197 | BitTorrent 1 | 12/19/12 12:22:35 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 45 | 67.189.25.213 | Vuze 4.8.0 | 12/19/12 06:13:38 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 46 | 66.220.109.129 | Vuze 4.8.1 | 12/20/12 07:21:00 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Bend Cable Com | Redmond |
| 47 | 208.101.228.203 | µTorrent 3. | 12/21/12 08:01:36 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | ISP Alliance | La Pine |
| 48 | 174.25.114.231 | BitTorrent 1 | 12/21/12 06:12:17 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Salem |
| 49 | 174.25.70.175 | µTorrent 3. | 12/21/12 07:20:45 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Century Link | Redmond |
| 50 | 76.115.253.48 | µTorrent 3. | 12/24/12 07:51:25 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |
| 51 | 204.195.21.126 | µTorrent 3. | 12/25/12 10:56:37 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Wave Broadband | Sublimity |
| 52 | 71.94.239.40 | µTorrent 3. | 12/28/12 07:11:32 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Coos Bay |
| 53 | 71.92.152.215 | µTorrent 3. | 12/30/12 03:24:59 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 54 | 96.41.128.224 | µTorrent 3. | 1/6/13 12:00:22 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Coquille |
| 55 | 71.237.170.73 | BitTorrent 1 | 1/9/13 03:15:17 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Eugene |
| 56 | 68.118.79.138 | µTorrent 3. | 1/10/13 02:59:36 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Charter Commun | Roseburg |
| 57 | 76.115.232.183 | µTorrent 3. | 2/18/13 06:05:06 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD | Comcast Cable | Salem |

Exhibit 1                    Elf-Man - Eugene                    Page 2 of 2