Thomas Freedman, OSB No. 080697
Email: thomas@prllaw.com
PEARL LAW LLC
522 SW 5th Ave. Ste. 1100
Portland, OR 97204
Phone: 503.295.6296
*Counsel for Putative Defendant Jane Doe 19*
*(Identified by IP Address 50.137.48.190)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| ELF-MAN, LLC, an Oregon corporation,<br><br>                               *Plaintiff*,<br><br>       -against-<br><br>DOES 1-57.<br><br>                              *Defendants*. | Case No. 6:13-cv-00331-TC<br><br>**DECLARATION OF PUTATIVE DEFENDANT JANE DOE 19 IN SUPPORT OF MOTION TO QUASH SUBPOENA** |

      I, Putative Defendant Jane Doe 19 (identified by IP address 50.137.48.190), declare and state as follows:

      1.    I did not copy, publish, upload, download, share, distribute, sell, record, access or view plaintiff's motion picture entitled *Elf-Man* via BitTorrent (or any other source) at any point in time.

      2.    I was not even aware of *Elf-Man* until I received notice from Comcast of plaintiff's subpoena dated March 13, 2013 (the "Subpoena"). A true and correct copy of the Subpoena is annexed hereto as Exhibit A.

      3.    I have never used BitTorrent.

      4.    I have no personal knowledge as to who allegedly used BitTorrent to access *Elf-*

Thomas Freedman, OSB No. 080697
522 SW 5th Ave. | Ste. 1100 | Portland, OR 97204
503.295.6296 | thomas@prllaw.com

Page 1 of 2
Declaration of Putative Defendant Jane Doe 19
in Support of Motion to Quash Subpoena

*Man* in connection with IP address 50.137.48.190.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2013

*[signature: Putative Defendant Jane Doe 19]*

Putative Defendant Jane Doe 19
(Identified by IP address 50.137.48.190)

Thomas Freedman, OSB No. 080697
522 SW 5th Ave. | Ste. 1100 | Portland, OR 97204
503.295.6296 | thomas@prllaw.com

Page 2 of 2
Declaration of Putative Defendant Jane Doe 19
in Support of Motion to Quash Subpoena